EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Wanda Colón Cortés, por sí y como representante de las Comunidades Opuestas a la Ruta 66<br>        Peticionarios<br><br>        v.<br><br>Carlos I. Pesquera, Presidente de la Autoridad de Carreteras y Transportación<br>        Recurridos | Certiorari<br>2000 TSPR 63<br><br><br>RESOLUCION<br>NUNC PRO TUNC |

Número del Caso:  CC-1999-0666

Fecha: 27/04/2000

Tribunal de Circuito de Apelaciones: Circuito Regional I

Juez Ponente: Hon. Ortiz Carrión

Abogados de la Parte Peticionaria:
                Lcda. Jessica Rodríguez Martín

Abogada de la Junta de Calidad Ambiental:
                Lcda. Jeniffer Mayo

Abogados de la Autoridad de Carreteras:
                Lcdo. Luis A. Rivera Cabrera
                Lcdo. Raúl Castellanos Malavé
                Lcdo. Melvin Maldonado

Oficina del Procurador General:
                Lcdo. Gustavo A. Gelpí,
                Procurador General


        Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Wanda Colón Cortés, por sí y
como representante de las
Comunidades Opuestas a la
Ruta 66

    Peticionarios

       v.                               CC-1999-666

Carlos I. Pesquera, Presidente
de la Autoridad de Carreteras
y Transportación

    Recurridos

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de abril de 2000

El 19 de abril de 2000 se certificó una Opinión y Sentencia en el caso de epígrafe. Por inadvertencia, no se incluyó copia de los Exhibits 1 y 2 a los cuales la Opinión hace referencia. Mediante la presente, se enmienda nunc pro tunc dicho dictamen para que se hagan formar parte de la misma copia de los Exhibits 1 y 2 que se anejan a la presente Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino. El Juez Asociado señor Negrón García está inhibido.

Notifíquese vía facsímile y por teléfono además de la vía ordinaria.

Publíquese.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo